# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00302-MR-WCM

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **THE SOUTHEAST BIOFEEDBACK** ) | |
| **AND CLINICAL NEUROSCIENCE** ) | |
| **ASSOCIATION, URSZULA KLICH,** ) | |
| **ADRIANA STEFFENS, and** ) | |
| **SYLVIA WHITMIRE,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this interpleader action against the Defendants on October 21, 2020. [Doc. 1]. All the named Defendants have appeared in this action with the exception of Adriana Steffens. The Plaintiff has submitted an Affidavit of Service indicating that Defendant Steffens was served on October 26, 2020. [Doc. 6]. To date, however, Defendant Steffens has not appeared or otherwise defended this action, and the Plaintiff has not taken any further action with respect to this Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case against the Defendant Adriana Steffens within fourteen (14) days of this Order. Failure to take any such further action shall result in the dismissal of this Defendant without prejudice.

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge