IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00302-MR-WCM

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE SOUTHEAST BIOFEEDBACK** )<br>**AND CLINICAL NEUROSCIENCE** )<br>**ASSOCIATION, URSZULA KLICH,** )<br>**ADRIANA STEFFENS, and** )<br>**SYLVIA WHITMIRE,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Filing File-Stamped Copy of Answer of Defendant Adriana Steffens [Doc. 21].

The Plaintiff initiated this interpleader action against the Defendants on October 21, 2020. [Doc. 1]. Thereafter, all the named Defendants appeared in this action with the exception of Adriana Steffens. The Plaintiff submitted an Affidavit of Service indicating that Defendant Adriana Steffens was served on October 26, 2020. [Doc. 6]. On February 10, 2021, the Court entered an Order directing the Plaintiff to take further action to prosecute this case against Defendant Adriana Steffens. [Doc. 20].

On February 17, 2021, the Plaintiff filed a Notice and Exhibit indicating that the Plaintiff received by mail a file-stamped copy of the Answer of Defendant Adriana Steffens on or about November 24, 2020. [Docs. 21, 21-1]. The Plaintiff's Exhibit indicates that the Answer of Defendant Adriana Steffens was hand-delivered and filed in the Statesville Division on November 18, 2020. [Doc. 21-1 at 2]. However, the Answer of Defendant Adriana Steffens does not appear in the Court's electronic case filing system. As such, the failure of the Answer of Defendant Adriana Steffens to appear in the Court's electronic case filing system was an administrative oversight. Accordingly, the Answer of Defendant Adriana Steffens [Doc. 21-1] will be accepted as timely filed. The Clerk will be instructed to docket the Answer separately.

As the Plaintiff has responded to the Court's Order, and the Answer of Defendant Adriana Steffens shall now be docketed on the Court's electronic case filing system, the Court finds that the Order should be discharged.

**IT IS, THEREFORE, ORDERED** that the Court's Order [Doc. 20] is hereby **DISCHARGED** and the Answer of Defendant Adriana Steffens [Doc. 21-1] is hereby **DEEMED TIMELY**.

The Clerk is instructed to separately docket the Answer of Defendant Adriana Steffens [Doc. 21-1].

**IT IS SO ORDERED.**

Signed: February 22, 2021

Martin Reidinger
Chief United States District Judge