# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00302-MR-WCM

| | |
|---|---|
| WELL FARGO BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| THE SOUTHEAST BIOFEEDBACK ) | |
| AND CLINICAL NEUROSCIENCE ) | |
| ASSOCIATION, URSZULA KLICH, ) | |
| ADRIANA STEFFENS, and ) | |
| SYLVIA WHITMIRE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan [Doc. 27].

The parties propose that an early settlement conference, prior to the entry of a scheduling order, may assist in the resolution of this matter without the need for discovery, dispositive motions, or trial. [Doc. 27-1].

In light of the parties' request, the Court will order a Judicial Settlement Conference and this matter will be referred to the Honorable W. Carleton Metcalf, United States Magistrate Judge, for that purpose.

**IT IS, THEREFORE, ORDERED** that this matter is hereby referred to the Honorable W. Carleton Metcalf, United States Magistrate Judge, for the purpose of conducting a Judicial Settlement Conference. Judge Metcalf will issue further orders regarding the conduct of the Judicial Settlement Conference.

**IT IS SO ORDERED.**

Signed: June 30, 2021

Martin Reidinger
Chief United States District Judge