IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00302-MR

| | |
|---|---|
| WELLS FARGO BANK, N.A., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      ORDER<br>)<br>) |
| THE SOUTHEAST BIOFEEDBACK<br>AND CLINICAL NEUROSCIENCE<br>ASSOCIATION, URSZULA KLICH,<br>ADRIANA STEFFENS, and<br>SYLVIA WHITMIRE | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the undersigned following the Order of the District Court referring this matter for a Judicial Settlement Conference. Doc. 28.

A judicial settlement conference will be conducted on **Thursday, August 19, 2021** beginning at 9:30 AM. The remaining parties to this interpleader action – The Southeast Biofeedback and Clinical Neuroscience Association, Urszula Klich, Adriana Steffens, and Sylvia Whitmire – are to participate in the settlement conference by video teleconference. Information regarding how to connect to the conference will be provided by the Clerk in a separate communication.

Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of each party, to the extent the party itself or herself does not have such authority.

Any request seeking modification of the terms of this Order shall be filed no later than August 9, 2021 or be subject to summary dismissal.

It is so ordered.

Signed: July 2, 2021

W. Carleton Metcalf
United States Magistrate Judge