IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00302-MR

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| THE SOUTHEAST BIOFEEDBACK | ) |
| AND CLINICAL NEUROSCIENCE | ) |
| ASSOCIATION, URSZULA KLICH, | ) |
| ADRIANA STEFFENS, and | ) |
| SYLVIA WHITMIRE | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The undersigned has been assigned to this matter for the purpose of conducting a Judicial Settlement Conference.

Accordingly, a conference was conducted on Thursday, August 19, 2021 and was held via videoconference. Attorney Peter Siddoway appeared on behalf of The Southeast Biofeedback and Clinical Neuroscience Association and Dr. Urszula Klich. Dr. Klich also participated, as did Ms. Sylvia Whitmire and Dr. Adriana Steffens, both of whom are unrepresented.[1]

---

[1] At the beginning of the conference, the parties were advised that the undersigned does not hear cases involving Wells Fargo Bank, N.A. The undersigned confirmed that Wells Fargo Bank, N.A. is no longer involved in this action, and all parties agreed for the undersigned to conduct the judicial settlement conference with regard to the remaining claims among them.

The parties apparently have engaged in some prior discussions, and, during the conference, took part in additional and productive talks regarding possible settlement over the course of approximately two and one-half hours. However, while those discussions were underway, the video connection with Dr. Steffans was lost.

Consequently, the undersigned recessed the conference and instructed the parties to continue their discussions privately and to advise the Court within thirty days of the status of those discussions. This Order memorializes that handling for the benefit of the parties and the record.

**IT IS THEREFORE ORDERED THAT:**

(1) The Judicial Settlement Conference that commenced on August 19, 2021 is **RECESSED.**

(2) The parties are **DIRECTED:**

    a. To continue to confer, in good faith, regarding the potential resolution of this matter, and

b. To file, on or before Monday, September 20, 2021, a joint Notice advising of the status of their discussions, including whether they have reached an agreement, request an additional conference with the undersigned to discuss settlement, or request that the settlement conference be declared an impasse and that the litigation proceed in the ordinary course.

Signed: August 19, 2021

W. Carleton Metcalf
United States Magistrate Judge