IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00302-MR

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THE SOUTHEAST BIOFEEDBACK AND CLINICAL NEUROSCIENCE ASSOCIATION, URSZULA KLICH, ADRIANA STEFFENS, and SYLVIA WHITMIRE | ) |
| Defendants. | ) |

The undersigned has been assigned to this matter for the purpose of conducting a Judicial Settlement Conference, and a conference was conducted on Thursday, August 19, 2021 by video conference. However, while those discussions were underway, the video connection with one of the defendants, Dr. Adriana Steffans, was lost.

Consequently, the undersigned recessed the conference and instructed the parties to continue their discussions privately and to advise the Court within thirty days of the status of those discussions. See Doc. 31.

On September 20, 2021, Defendants The Southeast Biofeedback and Clinical Neuroscience Association ("SBCNA") and Dr. Urszula Klich ("Klich") filed a Status Report which advises that the parties are continuing their

settlement discussions and requests that the judicial settlement conference "remain in recess for another month, with another Status Report to be submitted on October 20, 2021." Doc. 32.

Considering the representations set forth in the Status Report (Doc. 32),

(1) The Judicial Settlement Conference that commenced on August 19, 2021 remains **RECESSED**.

(2) The parties are **DIRECTED**:

   a. To continue to confer, in good faith, regarding the potential resolution of this matter, and

   b. To file, on or before Wednesday, October 20, 2021, a joint Notice advising of the status of their discussions, including whether they have reached an agreement, request an additional conference with the undersigned to discuss settlement, or request that the settlement conference be declared an impasse and that the litigation proceed in the ordinary course.

It is so ordered.

Signed: September 21, 2021

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:20-cv-00302-MR   Document 33   Filed 09/21/21   Page 2 of 2