IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00302-MR

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE SOUTHEAST BIOFEEDBACK ) <br> AND CLINICAL NEUROSCIENCE ) <br> ASSOCIATION, URSZULA KLICH, ) <br> ADRIANA STEFFENS, and ) <br> SYLVIA WHITMIRE ) <br> ) <br> Defendants. ) <br> _____) | REPORT OF <br> JUDICIAL <br> SETTLEMENT <br> CONFERENCE |

The undersigned has been assigned to this matter for the purpose of conducting a Judicial Settlement Conference

A conference was conducted on Thursday, August 19, 2021 by video conference. The conference was recessed, and the parties were directed to continue their discussions privately. See Docs. 31 & 33.

On October 22, 2021, Defendants The Southeast Biofeedback and Clinical Neuroscience Association ("SBCNA") and Dr. Urszula Klich ("Klich") filed a Status Report which advises that the "parties have not reached any agreements, and given the lack of agreement on a potential escrow agent – a seminal issue discussed during the parties' settlement conference – it does not seem likely" that resuming settlement discussions with the undersigned's

assistance would be productive. Doc. 34. SBCNA and Klich therefore represent that "it may be prudent at this time that the settlement conference be declared an impasse." Id.

The undersigned notes that while the parties were previously directed to file joint notices advising of the status of their discussions, the two notices that have been submitted have come from SBCNA and Klich and have not been signed by Defendants Steffans and Whitmire.

Nonetheless, from those filings, it does appear that all parties have been participating in private settlement discussions while the conference has been recessed.

Considering the representations in the October 22, 2021 Status Report, the undersigned declares an **IMPASSE** to the Judicial Settlement Conference.

Signed: October 22, 2021

W. Carleton Metcalf
United States Magistrate Judge

2