THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00302-MR

| WELLS FARGO BANK, N.A., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | **O R D E R** |
| THE SOUTHEAST BIOFEEDBACK AND CLINICAL NEUROSCIENCE ASSOCIATION, URSZULA KLICH, ADRIANA STEFFENS, and SYLVIA WHITMIRE, | ) |  |
| Defendants/ Claimants in Interpleader. | ) |  |

**THIS MATTER** is before the Court on the Motion to Withdraw filed by the Defendants/Claimants Southeast Biofeedback and Clinical Neuroscience Association ("SBCNA") and Dr. Urszula Klich. [Doc. 41].

By the present motion, SBCNA and Dr. Klich move to withdraw from this interpleader action. [Doc. 41]. For the reasons stated by the Defendants, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the Motion to Withdraw [Doc. 41] is **GRANTED**, the claims of SBCNA and Dr. Klich to the interpleaded property are hereby deemed withdrawn, and SBCNA and Dr. Klich are

hereby **DISMISSED** from this interpleader action. The Court will conduct a bench trial during the January 9, 2023 trial term with respect to the claims of the remaining Defendants/Claimants, Adriana Steffens and Sylvia Whitmire.

**IT IS SO ORDERED.**

Signed: September 25, 2022

Martin Reidinger
Chief United States District Judge